UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-20022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LOQUACIOUS DEVON TAYLOR**,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Alicia M. Otazo-Reyes Following Change of Plea Hearing [ECF No. 36]. On August 9, 2021, Magistrate Judge Otazo-Reyes held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 3] pursuant to a written plea agreement [ECF No. 34]. Magistrate Judge Otazo-Reyes thereafter issued a Report and Recommendation on Change of Plea [ECF No. 36]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 36] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Loquacious Devon Taylor as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Loquacious Devon Taylor is adjudicated guilty of Count One of the Indictment, which charges him with possession of a firearm by a convicted felon, in

CASE NO. 21-20022-CR-CANNON

violation of Title 18, United States Code, Section 922(g)(1).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of September 2021.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record